IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORPORATE COMMONWEALTH OF PA, et al.<br>    *Plaintiffs,*<br><br>  v.<br><br>PAUL MOODY,<br>    *Defendant.* | CIVIL ACTION<br>NO. 22-237 |

## ORDER

AND NOW, this 16th day of February, 2022, upon consideration of Paul Moody's Notice of Removal (ECF 1) and consistent with the accompanying memorandum of law, it is **ORDERED** that:

1. The criminal proceedings pending against Moody in Delaware County – *Commonwealth v. Moody*, CP-23-CR-0003321-2021, CP-23-MD-1580-2021 and MJ-32237-CR-000204-2021 – are **SUMMARILY REMANDED** to the Delaware County Court of Common Pleas pursuant to 28 U.S.C. § 1455(b)(4);

2. Moody's claims pursuant to 42 U.S.C. § 1983 are **DISMISSED**; and

3. Moody's motion seeking access to the Court's electronic filing system (ECF 2) is **DENIED** as **MOOT**.

The Clerk of Court shall take all necessary actions to effect the remand and thereafter shall mark this case as **CLOSED**.

                   BY THE COURT:

                   ***/s/ Gerald J. Pappert***
                   GERALD J. PAPPERT, J.